UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :
                                    : Docket No. 3:CR-21-
WILLIAM BARNETT,                    :
                                    :
Defendant                           :

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

Possessing Contraband in Prison
[18 U.S.C. § 1791(a)(2)]

On or about June 30, 2021, within the Middle District of Pennsylvania, the defendant,

WILLIAM BARNETT,

an inmate of Schuylkill FCI, a federal correctional facility, knowingly possessed a prohibited object, to wit, a black in color cellular phone.

1

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(4).

Dated: 9-9-21

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

By: Todd K. Hinkley
Assistant United States Attorney